# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-0629
_____

SOMBOON TED POOMARAT,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Bay County.
Brantley S. Clark, Judge.

April 3, 2018


PER CURIAM.

DISMISSED. *See Joseph v. State*, 157 So. 3d 546, 548 (Fla. 1st DCA 2015).

WOLF, LEWIS, and JAY, JJ., concur.

_____


***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Somboon Ted Poomarat, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.